UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Aditya Raj Sharma, | Civ. No. 24-2619 (JWB/DJF) |
| Petitioner, | |
| v. | **ORDER ACCEPTING IN PART REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Billy Eischen, *Warden, FPC Duluth*, | |
| Respondent. | |

---

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on August 28, 2024. (Doc. No. 20.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The August 28, 2024 Report and Recommendation (Doc. No. 20) is **ACCEPTED IN PART** to the extent it recommends dismissal for lack of jurisdiction;

2. Petitioner Aditya Raj Sharma's amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. Nos. 1, 4) is **DENIED** for lack of jurisdiction;

3. Petitioner's Motion for Expedited Hearing (Doc. No. 9) is **DENIED**;

4. Petitioner's Motion for Sanctions and Criminal Charges (Doc. No. 11) is **DENIED**; and

5. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: September 13, 2024           *s/ Jerry W. Blackwell*
                                   JERRY W. BLACKWELL
                                   United States District Judge